UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES ORLONDO BONTY,<br>　　　　Plaintiff,<br>　　v.<br>K. KUMAR, et al.,<br>　　　　Defendants. | Case No. 17-cv-03516-HSG (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME; DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 13 |

Plaintiff, a California state prisoner, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On September 29, 2017, the Court dismissed Plaintiff's complaint with leave to amend. Dkt. No. 11. The Court also denied Plaintiff's request for appointment of counsel. *Id.* Plaintiff has filed a motion for extension of time to file an amended complaint, and has requested that the Court reconsider its order denying appointment of counsel.

Good cause appearing, Plaintiff's motion for an extension of time to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint no later than **sixty (60)** days from the filing date of this order. <u>Failure to amend within the designated time and in accordance with the order dismissing the complaint with leave to amend will result in the dismissal of this case</u>.

Plaintiff's motion for reconsideration of the Court's order denying appointment of counsel is DENIED. Plaintiff has not shown any changed circumstances from the Court's previous order denying appointment of counsel.

This order terminates Dkt. No. 13.

**IT IS SO ORDERED.**

Dated: 11/2/2017

　　　　　　　　　　　　　　　　　　*Haywood S. Gilliam Jr.*
　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　United States District Judge