UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILESORLONDO BONTY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAWRENCE GAMBOA, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03516-HSG (PR)<br><br>**ORDER DENYING MOTION FOR TELEPHONIC CONFERENCE**<br><br>Re: Dkt. No. 28 |

Plaintiff's motion for a telephonic conference is DENIED. The Court has addressed plaintiff's questions regarding service of defendants in its February 15, 2018 order. (Docket No. 25).

This order terminates Docket No. 28.

**IT IS SO ORDERED.**

Dated: 2/26/2018

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge