UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILESORLONDO BONTY,<br><br>Plaintiff,<br><br>v.<br><br>K. KUMAR, et al.,<br><br>Defendants. | Case No. 17-cv-03516-HSG (PR)<br><br>**ORDER REGARDING UNSERVED DEFENDANT MURILLO**<br><br>Re: Dkt. No. 69 |

Plaintiff, an inmate at Salinas Valley State Prison proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2018, the Court found that plaintiff stated a cognizable claim of deliberate indifference to medical needs as against nine defendants and issued an order of service. On June 21, 2018, the Court reviewed plaintiff's second amended complaint and ordered service on an additional three defendants.

In the same order, the Court noted that the summons for defendant Morillo had been returned unexecuted with the following remark by the United States Marshal: "unable to locate/ident employee." *See* Dkt. Nos. 34, 53. The Court ordered plaintiff to either effectuate service on defendant Morillo or provide the Court with her current location such that the Marshal could affect service. Plaintiff has responded with a request to: (1) correct the spelling of this defendant's name to Teresita Murillo, R.N., and (2) direct the Marshal to reissue service. Plaintiff's request will be granted pursuant to the instructions below.

Plaintiff also requests that the Court direct the Marshal to reissue service on defendant Nguyen by using this defendant's full name, Thao Nguyen, M.D. Plaintiff is reminded that service has already been attempted on Dr. Thao Nguyen, and the summons was returned unexecuted on June 22, 2018. *See* Dkt. Nos. 55, 58. Plaintiff has already been ordered to either

effectuate service on this defendant or provide the Court with sufficient location information so that the Marshal can affect service. *See* Dkt. No. 58.

Based on the above, the Court orders as follows,

1. The Clerk shall re-issue summons and the United States Marshal shall serve, without prepayment of fees, a copy of the second amended complaint in this matter (dkt. no. 43-1), all attachments thereto, a copy of the Court's June 21, 2018 screening order (dkt. no. 53), and a copy of this order on defendant **Teresita Murillo, R.N.** at **Salinas Valley State Prison**.

2. The Clerk is further directed to correct the spelling of defendant Murillo's name on the court docket by substituting "Teresita Murillo, R.N." for "RN Morillo."

3. The Court will issue a briefing schedule for dispositive motions when all service issues have been resolved.

This order terminates Dkt. No. 69.

**IT IS SO ORDERED.**

Dated: 7/16/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge