1  XAVIER BECERRA
   Attorney General of California
2  JAY M. GOLDMAN
   Supervising Deputy Attorney General
3  NECULAI GRECEA
   Deputy Attorney General
4  State Bar No. 307570
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3573
6   Fax:  (415) 703-5843
    E-mail:  Neculai.Grecea@doj.ca.gov
7  *Attorneys for Defendants*
   *C. Lott, K. Kumar, L. Gamboa, C. Bourne, J. Lewis,*
8  *D. Bright, S. Gates, and T. Murillo*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MILES ORLONDO BONTY,** <br><br> Plaintiff, <br><br> v. <br><br> **LAWRENCE GAMBOA, et al.,** <br><br> Defendants. | 4:17-cv-03516-HSG <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING COURT'S RULING ON DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS** <br><br> Judge:  Hon. Haywood S. Gilliam, Jr. <br> Trial Date:  Not Set <br> Action Filed:  June 19, 2017 |

Plaintiff Miles Bonty and Defendants Lott, Kumar, Gamboa, Bourne, Lewis, Bright, Gates, and Murillo, through their counsel, met and conferred, and stipulate to stay all discovery in this case until the Court issues its order deciding Defendants' motion to revoke Plaintiff's *in forma pauperis* status, which was filed on July 3, 2018.  Discovery under this stipulation includes, but is not limited to, interrogatories, requests for production of documents, requests for admission, and depositions propounded under the Federal Rules of Civil Procedure, and all discovery-related motions.  The stay of discovery also includes discussions about any discovery disputes and previous discovery requests in this case.  The parties further agree to meet and confer after the

1

Joint Stip. Stay Disc. Pending Ct.'s Ruling Defs.' Mot. Revoke Pl.'s *In Forma Pauperis* Status(4:17-cv-03516-HSG)

Court issues the order deciding Defendants' three-strikes motion and resume any discovery-related discussions, if necessary. In the event the Court denies Defendants' motion, the parties agree Defendants have 30 days from the date of the Court's order to respond to any pending discovery requests.

The parties so stipulate.

Dated: 8/31/2018

MILES ORLONDO BONTY (D-12821)
Plaintiff in Pro Per

Dated: 8/31/2018

NECULAI GRECEA
Deputy Attorney General
Counsel for Defendants

## [PROPOSED] ORDER

The parties have stipulated to stay discovery until Defendants' motion to revoke Plaintiff's *in forma pauperis* status is resolved. Accordingly, discovery is STAYED until the motion is ruled upon. The stay will automatically be lifted upon resolution of the motion without further order of the Court, provided Plaintiff the case is not dismissed in its entirety. In the event the Court denies Defendants' motion, the parties agreed Defendants have 30 days from the Court's order denying the motion to respond to any pending discovery requests.

**IT IS SO ORDERED**

Dated: 9*4/2018

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge

SF2018200662
42040301.docx

2

Joint Stip. Stay Disc. Pending Ct.'s Ruling Defs.' Mot. Revoke Pl.'s *In Forma Pauperis* Status(4:17-cv-03516-HSG)

# CERTIFICATE OF SERVICE

Case Name:   **M. Bonty v. L. Gamboa, et al.**          No.   **4:17-cv-03516-HSG**

I hereby certify that on August 31, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY DISCOVERY PENDING COURT'S RULING ON DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S *IN FORMA PAUPERIS* STATUS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On August 31, 2018, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Miles Orlondo Bonty, D12821**
Salinas Valley State Prison
P.O. Box 1020
Soledad, CA 93960-1020
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 31, 2018, at San Francisco, California.

| R. Caoile | /s/ R. Caoile |
|---|---|
| Declarant | Signature |

SF2018200662
42040481.docx