UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILESORLONDO BONTY,<br><br>Plaintiff,<br><br>v.<br><br>K. KUMAR, et al.,<br><br>Defendants. | Case No. 17-cv-03516-HSG (PR)<br><br>**ORDER DISMISSING DEFENDANTS CHUDY, NGUYEN, AND VILLAFUERTE; GRANTING DEFENDANTS' MOTION TO STRIKE SUR-REPLY**<br><br>Re: Dkt. No. 95 |

Plaintiff, an inmate at Salinas Valley State Prison proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983. On February 15, 2018, the Court found that plaintiff stated a cognizable claim of deliberate indifference to medical needs as against nine defendants and issued an order of service. On June 21, 2018, the Court reviewed plaintiff's second amended complaint and ordered service on an additional three defendants.

In an order filed June 27, 2018, the Court noted that defendants Joseph Chudy and Thao Nguyen had not been served with process or appeared in this action. In an order dated July 9, 2018, the Court noted that defendant Jennifer Villafuerte had not been served with process or appeared in this action. The Court explained that the Marshal had been unable to locate these three defendants with the information provided by plaintiff, and service therefore had not occurred within the time limits set out in Federal Rule of Civil Procedure 4(m). The Court ordered that, within ninety days, plaintiff had to effectuate service on these defendants or submit to the Court sufficient information to identify and locate these defendants so that the Marshal could effectuate service. The Court also cautioned plaintiff that if he did not provide sufficient information to enable service of process, these defendants would be dismissed without prejudice.

The deadline has passed, and plaintiff has not provided any information to enable service of process on defendants Chudy, Nguyen, or Villafuerte or shown cause for his failure to do so. Accordingly, defendants Chudy, Nguyen, and Villafuerte are DISMISSED from this action without prejudice because plaintiff failed to comply with Federal Rule of Civil Procedure 4(m). The Clerk is directed to terminate Chudy, Nguyen, and Villafuerte as defendants on the docket in this action.

Defendants have filed a motion to revoke plaintiff's *in forma pauperis* ("IFP") status. Plaintiff has filed an opposition, defendants have filed a reply, and plaintiff has filed an unauthorized sur-reply. Defendants' motion (Dkt. No. 95) to strike plaintiff's unauthorized sur-reply (Dkt. No. 94) is GRANTED. Sur-replies are not part of usual motion practice, as indicated in Civil Local Rule 7-3; plaintiff did not ask for permission to file such a document, as required by Civil Local Rule 7-3(d); and plaintiff already had the opportunity, through his opposition, to raise any contentions related to defendants' motion.

Defendants' motion to revoke plaintiff's IFP status is deemed submitted and ready for disposition. No further briefing on the motion will be allowed unless a party obtains prior permission from the Court and provides sufficient cause in any such request. The Court will rule on the motion by separate order.

This order terminates Dkt. No. 95.

**IT IS SO ORDERED.**

Dated: 12/10/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge