UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES ORLONDO BONTY,<br>　　　　Plaintiff,<br>　　v.<br>K. KUMAR, et al.,<br>　　　　Defendants. | Case No. 17-cv-03516-HSG (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate at Salinas Valley State Prison, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. On February 11, 2019, the Court granted defendants' motion to revoke plaintiff's *in forma pauperis* status. Dkt. No. 97. Plaintiff was directed to pay the filing fee within thirty days or this action would be dismissed without prejudice. *Id.* The deadline has since passed, and plaintiff has not paid the filing fee. Accordingly, this case is DISMISSED for failure to pay the filing fee. Dismissal is without prejudice to plaintiff refiling his allegations in a new paid complaint. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: 3/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge