UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES ORLONDO BONTY,<br><br>    Plaintiff,<br><br>v.<br><br>K. KUMAR, et al.,<br><br>    Defendants. | Case No. 17-cv-03516-HSG (PR)<br><br>**JUDGMENT** |

For the reasons stated in the Order of Dismissal, the Court has dismissed the instant civil rights action without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/25/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge